WILLIAM T. MEREDITH et al., appellants,

*v.*

NEW JERSEY ZINC AND IRON Co. et al., respondents.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Meredith* v. *Zinc Co., 10 Dick. Ch. Rep. 211.*

*Mr. Joseph Coult* and *Mr. James E. Howell*, for the appellants.

*Mr. Richard V. Lindabury* and *Mr. George W. Wickersham* (of New York), for the respondents.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, COLLINS, GARRISON, GUMMERE, LUDLOW, VAN SYCKEL, ADAMS, BOGERT, NIXON —9.

*For reversal*—DEPUE, DIXON, LIPPINCOTT, NIXON—4.